CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffry A. Davis (SBN 103299)
Mintz Levin Cohn Ferris Glovsky & Popeo, PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel: (858) 314-1500
Facsimile: (858) 314-1501
Counsel for Leslie T. Gladstone, Chapter 7 Trustee

Order Entered on
August 19, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
Artes Medical, Inc.,
fdba Arsis Medical USA, Inc.,
fdba Artes Medical USA, Inc.,

Debtor.

BANKRUPTCY NO. 08-12317-LT7

Date of Hearing:     N/A
Time of Hearing:     N/A
Name of Judge:       Hon. Laura S. Taylor

## ORDER ON APPLICATION TO EMPLOY JOHNSON BOTTINI, LLP AS SPECIAL LITIGATION COUNSEL

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2)

through <u>2</u> with exhibits, if any, for a total of <u>2</u> pages, is granted. Motion/Application Docket Entry No.

//

//

//

//

//

//

DATED:    August 18, 2009

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

Mintz Levin Cohn Ferris Glovsky & Popeo, PC
(Firm name)

By: /s/ Joseph R. Dunn
Attorney for ☒ Movant ☐ Respondent
Leslie T. Gladstone, Chapter 7 Trustee

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

CSD 1001A [11/15/04] (Page 2)
ORDER ON APPLICATION TO EMPLOY JOHNSON BOTTINI, LLP AS SPECIAL LITIGATION
COUNSEL
DEBTOR: ARTES MEDICAL, INC. fdba Arsis Medical USA, Inc., fdba    CASE NO: 08-12317-LT7
Artes Medical USA, Inc.

The Court, having considered the application (the "Application") of Leslie T. Gladstone, chapter 7 trustee

(the "Trustee") to employ Johnson Bottini, LLP ("Johnson Bottini") as special litigation counsel to the Trustee in the

above-captioned chapter 7 case of debtor Artes Medical, Inc. (the "Debtor"), the declaration of Frank J. Johnson in

support of the Application, the official statement of position on the Application by the Office of the United States

Trustee, and the record in the Debtor's chapter 7 case; and good cause appearing therefor; and the Court finding

that Johnson Bottini does not hold or represent an interest adverse to the Debtor's estate and is disinterested as

defined under the Bankruptcy Code,

**IT IS HEREBY ORDERED** as follows:

1.      The Application is approved;

2.      The Trustee is authorized to employ Johnson Bottini on the terms and conditions and for the

purposes set forth in the Application.

3.      Any payment of compensation or reimbursement of expenses to Johnson Bottini will be made only

upon order of this Court.

* * *

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

*Signed by Judge Laura Stuart Taylor August 18,2009*