CSD 1181 [10/17/05]
Name, Address, Telephone No. & I.D. No.

Jeffry A. Davis (SBN 103299)
Abigail V. O'Brient (SBN 265704)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
T:  (858) 314-2500      F:  (858) 314-1501

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Artes Medical, Inc.

BANKRUPTCY NO.
08-12317-LT7

Tax I.D.(EIN)#:_____   /S.S.#:XXX-XX-____   Debtor.

## NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on March 17, 2011_____, at 9:30 a.___.m., in Department 3.____ Room 129, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C._____ for [check the appropriate box]:

[ ]  Dismissal of a chapter 7, 11 or 12 case;

[ ]  Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[x]  Allowance of interim compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]  Appointment of a trustee in a chapter 11 case; or

[ ]  Other [specify the nature of the matter]:

  If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

  Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: February 17, 2011

            /s/ Jeffry A. Davis_____
            [Attorney for] Moving Party
            Leslie T. Gladstone, chapter 7 trustee

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

CSD 1181

American LegalNet, Inc.
www.USCourtForms.com

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 17th day of February 2011, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]
U.S. MAIL

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   Attorney for Debtor (if required):
      See attached service list.

[X]   For Chpt. 7, 11, & 12 cases:   [ ]   For ODD numbered Chapter 13 cases:   [ ]   For EVEN numbered Chapter 13 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite. 1500
San Diego, CA 92101

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101 - 4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2011
(Date)

/s/ Diane Johnson
(Typed Name and Signature)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
(Address)
San Diego, CA 92130
(City, State, ZIP Code)

American LegalNet, Inc.
www.USCourtForms.com

CSD 1181A (Page 3) [10/17/05]    [TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]

APPLICANT Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. , REPRESENTING [Name & Title] Leslie T. Gladstone, chapter 7 trustee

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 2/3/09 to 9/30/09 | 112,963.00 | 112,963.00 | 112,963.00 | 0.00 | 0.00 | 5,721.57 | 5,721.57 |
| 2ND INTERIM 10/1/09 to 4/30/10 | 26,250.00 | 26,250.00 | 26,250.00 | 0.00 | 0.00 | 1,240.00 | 1,240.00 |
| 3RD INTERIM 5/1/10 to 1/31/11 | 86,030.00 | | | | | 8,525.03 | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 225,243.00 | 139,213.00 | 139,213.00 | 0.00 | 0.00 | 15,486.60 | 6,961.57 |

APPLICANT _____ , REPRESENTING [Name & Title] _____

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM to | | | | | | | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

CSD 1181A                                                                 EXHIBIT "A"

American LegalNet, Inc.
www.USCourtForms.com

**Artes Medical Inc**
Case No 08-12317-LT7
LIMITED Service List per court order
2/17/11

Trustee
Leslie T Gladstone
Financial Law Group
5785 La Jolla Blvd Ste A
La Jolla CA  92037

Attorneys for Trustee
Robert R Barnes
Allen Matkins Leck Gamble etc
501 West Broadway 15th Fl
San Diego CA 92101

Anika Therapeutics Inc
Daniel M Glosband Esq
Goodwin Procter LLP
Exchange Place
Boston MA 02109

BioMed Realty LP and BMR-Pacific
Victor A Vilaplana
Foley & Lardner LLP
402 W Broadway Ste 2100
San Diego CA 92101-3542

Higgs Fletcher & Mack LLP
Martin A Eliopulos
Higgs Fletcher & Mack LLP
401 West A St Ste 2600
San Diego CA 92101-7913

Adele Piliszek
5353 Memorial Dr #4071
Houston TX 77007

Advanced Personnel Sys Inc
4167 Avenida de la Plata #126
Oceanside CA 92058

Allisun Braga
10231 Camino San Thomas
San Diego CA 92127

Angelina Montoya
8986 Hillery Drive
San Diego 92126

Office of the US Trustee
David Ortiz
United States Trustee's Office
402 W Broadway Ste 600
San Diego CA 92101

Stacy Elledge Chiang
LECG
655 W Broadway Ste 1300
San Diego CA 92101

BioForm Medical Inc etc
Jeffrey Isaacs
Procopio Cory Hargreaves & Savitch
530 B St Ste 2100
San Diego CA 92101

Cowen Healthcare Research Partners
David Gould
23975 Park Sorrento Ste 200
Calabasas CA 91302-4011

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville TN 37202-0207

Adell Burge
239 Minot Ave
Chula Vista CA 91910-2918

Afton Scientific Corp
Attn: Tom Thorpe
2030 Avon Ct
Charlottesville VA 22902

American Express Travel Related
Services Company Inc
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Anika Therapeutics Inc
c/o Brooks R Brown
Goodwin Procter LLP
10250 Constellation Blvd
Los Angeles CA 90067

Attorneys for Debtor
Deborah J Saltzman
DLA Piper US LLP
550 South Hope St 23rd Fl
Los Angeles CA 90071

American Express Travel Related
Services Company Inc
POB 3001
Malvern PA 19355-0701

BioForm Medical Inc et al
James M Wilton
Ropes & Gray LLP
One International Place
Boston MA 02110

Cowen Healthcare Research Partners
James W Kapp III
McDermott Will & Emery LLP
229 Monroe
Chicago IL 60606

Imperial AI Credit Companies Inc
101 Hudson St 34th Floor
Jersey City NJ 07302

Advance Research Assoc
2107 Landings Drive
Mountain View CA 94043

Alliance Medical Prod Inc
Attn: Christine Ackermann
9342 Jeronimo Road
Irvine CA 92618

Amy Jo Tupper
1423 Montero Ave
Burlingame CA 94010

Anika Therapeutics Inc
32 Wiggins Ave
Bedford MA 01730

Anmar Metrology Inc
7726 Arjons Drive
San Diego CA 92126

Ann Xayasane
1526 Weaver St
San Diego CA 92114

Apex Mechanical Systems Inc
Trachtman & Trachtman
27401 Los Altos Ste# 300
Mission Viejo CA 92691

Aquafauna Bio-Marine Inc
Profit Sharing Plan
Italo A Insalata TTee
Post Office Box 5
Hawthorne CA 90251

BMR-Pacific Center Boulevard LLC
17190 Bernardo Center Drive
San Diego CA 92128

Barrett Enterprises Inc
4920 Plantation Oaks Drive
Amelia Island FL 32034

Bernell Hydraulics Inc
PO Box 417
Rancho Cucamonga CA 91739

Beth Goetz
3226 Osborne Rd
Atlanta GA 30319

Bonnie Pobiner
2312 Brisbayne Circle
Raleigh NC 27615-4420

Brian Hartenstein
4085 Citradora Drive
Spring Valley CA 91977

Bridget Boice
4710 North Ridge Drive
Crestwood KY 40014

Brochure Holders 4 U
2410 West Third St
Santa Ana CA 92703

Brooke Weber
906 N 3rd St Apt B
Philadelphia PA 19123

Bryan Abraham
1418 Irvine Ave
Newport Beach CA 92660

CDW Corporation
c/o RMS Bankruptcy Recovery Service
Post Office Box 5126
Timonium MD 21094

Cold Ice
PO BOX 4055
Oakland CA 94614

CPS Printing Corp
2304 Faraday Ave
Carlsbad CA 92008

Carl Berner MD
2376 Dream St
Redding CA 96001

Charles L Close
3345 Dye Road
Ramona CA 92065

Charles R Gross
128 Island Point Rd
North Port FL 34287

Cheryl A Kinander
4 Couered Bridge Rd
S Barrington IL 60010

Chris Constantinides
685 Chapel Hill Dr
Chula Vista CA 91914

Christina Estevez
120 Sierra Vista Dr
El Cajon, CA 92021

Christine Spitz
1068 Meadowlark Court
Grafton WI 53024

Chubb & Son Inc
c/o Soffer Rech & Borg LLP
48 Wall St 26th Floor
New York NY 10005

Cita Walsh
12920 Carmel Creek Rd #28
San Diego CA 92130

Citibank South Dakota NA
DBA
4740 121st St
Urbandale IA 50323

Clark Williams
1010 Ranchito Court
Alpine CA 91901

Cleannet of San Diego
1660 Hotel Circle North 226
San Diego CA 92108

Coast-To-Coast Recruiters
2711 Cornell Cove
Lago Vista TX 78645

Color World Digital Graphics
c/o Universal
4920 Carroll Canyon Rd
San Diego CA 92121

Commercial Insurance Bankruptcy
Collection
Michelle Levitt
175 Water St 18th Floor
New York NY 10038

Compensia Inc
1731 Technology Dr #810
San Jose CA 95110

Connecticut Dept of Revenue Services
Dept Revenue Services
C & E Div Bankruptcy Section
25 Signourney St
Hartford Ct 06106-5032

Construction Electronics Inc
13715 Stowe Drive
Poway CA 92064

Consumer Pipe & SUPPLY Co
Attn: Brian Lancaster
10927 Jasmine St
Fontana CA 92337

Cooley Godward Kronish LLP
Attn: J Michael Kelly
101 California St 5th Floor
San Francisco CA 94111-5800

Cosmetic Surgery Center of Cherry Hill
Attn: Lyle M Back MD
1942 Route 70 East
Cherry Hill NJ 08003

Depository Trust Corp
Virginia M Powers
PO Box 1434
Poway CA 92074

Diana L Powers
PO Box 1434
Poway CA 92074

Dr Michael & Siebert Lawyers
Kennedyalle 53 60596 Frankfurt
AM MAIN GERMANY

Daniel H Smelkimon
PO Box 150
Brooklandville MD 21022

Daniel L Grant
2345 Jeffers Place
Carlsbad CA 92008

David & Maria Slater
4 Prestwick Ct
New City NY 10956

David Hart
11361 Morning Gate Drive
N Bethesda MD 20852

David J Raas
1830 Spruce Ave
Highland Park IL 60035

David Thiphavong
6763 Mezin Way
San Diego CA 92114

Dawn Bishop
1776 Tyne Boulevard
Nashville TN 37215

DeLage Landen Financial Services Inc
Ricoh Leasing Company
1111 Old Eagle School Road
Wayne PA 19087

Delna Balsara
1130 Poinsettia Dr
W Hollywood CA 90046-5712

Delora Strohman
6401 Trinette Ave
Garden Grove CA 92845

Dennis J Hurwitz
Hurwitz Center for Plastic
3109 Forbes Ave Ste 500
Pittsburgh PA 15213

Department of the Treasury
Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

Depository Trust Corp
Lawrence E Sealton
8609 Via Brilliante
Wellington FL 33411

Depository Trust Corp
Bradley Wayne Sallwasser
1868 Churchwood Drive
Cincinnati OH 45238

Depository Trust Corp
Christopher Lacy
2101 Shoreline Drive #480
Alameda CA 94501

Depository Trust Corp
Gary Fletcher
17421 Mount Henry St
Fountain Valley CA 92708-3558

Depository Trust Corp
Jeri Ginsburg
9385 Black Hills Way
San Diego CA 92129

Depository Trust Corp
Rennie Sandercott
36795 Kelly Road
Clinton T MI 48035

Depository Trust Corp
James E Farmer
1106 Wildcat Canyon Road
Pebble Beach CA 93953-2925

Depository Trust Corp
Howard M Morton
108 Heartwood Circle
Lafayette LA 70503

Depository Trust Corp
Robert Pascal
Post Office Box 653
Stevensville MD 21666

Depository Trust Corp
Stephan J Lenci
1205 Nadine Drive
Campbell CA 95008

Depository Trust Corp
Jan Chrypinski
Post Office 146
Harwood MD 20776

Depository Trust Corp
Louis A Shpritz
24 Caveswood Lane
Owings Mills MD 21117

Depository Trust Corp
Agricultural Benefits Asst
2401 S Carnegie Drive
Inverness FL 34450

Depository Trust Corp
Lawrence E Sealton
8609 Via Brilliante
Wellington FL 33411

Depository Trust Corp
Leslie W Binder
5488 Caminito Exquisito
San Diego CA 92130

Depository Trust Corporation
Rod Vogelman
12585 Ruette Alliante #152
San Diego CA 92130

Depository Trust Corporation
Harold Weisfeld
4324 Promenade Way
Marina Del Rey CA 90292

Derek Holm
6585 Decanture Street
San Diego, CA 92120

Dermatology & Aesthetic Center
880 NW 13th St #3C
Boca Raton FL 33486

Division Of Labor Standards
Enforcement
7575 Metropolitan Drive Ste 210
San Diego CA 92108-4424

Donohoe Advisory Associates LLC
Attn: Dave Donohoe
9900 Belward Campus Drive #175
Rockville MD 20850

Duane Morris LLP
Lauren L Taylor Esq
30 South 17th St
Philadelphia PA 19103-4196

Estate of Frank Hofstetter Deceased
PO Box 1575
Santa Fe NM 87504

Eddie Z Luchs
2731 Elyssee St
San Diego CA 92123

Eugene J Nowak
Nowak Aesthetics
2440 Fenton St #101
Chula Vista CA 91914

Eva Rose Boco
1152 Tenya Lake Rd
Chula Vista CA 91913

Everett Group
2604 El Camino Real B229
Carlsbad CA 92008

Fallbrook Engineering
355 W Grand Ave # 4
Escondido CA 92025

Fastrack Machine Inc
Attn: Glenn or Danielle
8250 Vickers St #D
San Diego CA 92111

FedEx Customer Information Service
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd
Module G 3rd Floor
Memphis TN 38116

Fisher Scientific
Gary Barnes
Regional Credit Manager
2000 Park Lane
Pittsburgh PA 15275

Florida Department of Revenue
OGC Bankruptcy Section
Post Office box 6668
Tallahassee Fl 32314-6668

Flow Solutions Inc
1725 Rutan Drive
Livermore CA 94551

Frank M Fazio
14830 Fisher Cove
Del Mar CA 92014

Frank W Chitwood
5510 E 65 Place
Tulsa OK 74136

Fred Laufer MD
4501 Crackersport Road
Allentown PA 18104

Freeform Inc
Attn: Aaron Fekete
8969 Kenamar Dr #104
San Diego CA 92121

Gary Siebenlist
5220 Cass Street #4
San Diego CA 92109

Georgia Department of Revenue
Compliance Division
Post Office Box 161108
Atlanta GA 30321

Georgia H Viret
980 S Josephine St
Denver CO 80209

Gerald Gillett
12 Windrush Lane
Beachwood OH 44122

Getinge USA Inc
Commercial Collection Corporation
Post Office Box 288
Tonawanda NY 14150

Gilbert & Joan Salazar
22570 Calcutta Dr
Canyon Lake CA 92587

Glenn England Repair Serv
5694 Mission Center Rd #602-
PMB 243
San Diego CA 92108

Glenn J Dabred
3006 Governor Drive
San Diego CA 92122

Global Biodevice Dev LLC
Attn: Frank Delustro PhD
9086 Hadley Court
N Charleston SC 29406

Halcyon Consulting
David Dale
846 Ida Ave
Solana Beach CA 92075

Hamid R Quraishi
9390 Mount Vernon Circle
Alexandria VA 22309-3219

Hangar Industries Inc
Manager Industries Inc
Attn: Tammy York Leible
97 Britain Drive
New Britain PA 18901-5193

Harbor Packaging Inc
Attn: Joe Masnica
13100 Danielson St
Poway CA 92064

Harley Xu
13571 Myren Drive
Saratoga CA 95070

Hartford Fire Insurance Company
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford CT 06115

Hearst Magazines
Hearst Communications Inc
300 West 57th St 40th Floor
New York NY 10019

Heller Ehrman White & McAuliffe LLP
c/o Pachulski Stang Ziehl & Jones LLP
Attn: John D Fiero Esq
150 California St 15th Floor
San Francisco CA 94111

Henry N Millner & Rachael Jeck
726 Swarthmore Ave
Pacific Palisades CA 90272

Heyes Filters
Attn: Mike
1741 Torrance Blvd Ste A
Torrance CA 90501

Howard Steinberg
11 Stony Pt Rd
Westport CT 06880

Hyman Phelps & McNamara PC
700 13th St NW # 1200
Washington DC 20005

Illinois Department of Revenue
Bankruptcy Unit
100 W Randolph St #7-400
Chicago Il 60601

Indiana Department of Revenue
Bankruptcy Section N-240
100 North Senate Ave
Indianapolis In 46204

J Michael Chirko
Carol Knowlton
804 Sant Cere Pt
Corona CA 92882

Jilson M Powers
PO Box 1434
Poway CA 92074

JMP Securities
Attn: Ray Jackson CFO
600 Montgomery St Ste 1100
San Francisco CA 94111

Jacob Amselem
5820 SW 36 Terrace
Ft Lauderdale FL 33312

James & Donna Halse
143 Wood Dale Dr
Ballstan Lakes NY 12019

James M Chansier
295 Edgewater Br Dr
Jacksonville FL 32259

James McDonough
6243 IH-10 Ste 860
San Antonio TX 78201-2091

James Pride
5951 Crest Brook Drive
Morrison CO 80465

Jan Tomlinson
4216 Highland Ave Unit C
Manhattan Beach CA 90266

Janet Brody
7033 N Kilpatrick
Lincolnwood IL 60712

Jeannine Wills-Kofford MD
Riviera Laser Studios
24582 Del Prado Ste H
Dana Point CA 92629

Jeffrey Sessions
4928 Willow Chase Dr
Benton LA 71006

Jennifer R Bancroft
6780 St Moritz Parkway
Colleyville TX 76034

Jennifer Wolfe
5421 Fulton Ave
Sherman Oaks CA 91401

Jeremy Butler
911 274th Place Se
Sammamish WA 98075

Jill M Kumm
1550 Goldfield St #18
San Diego CA 92110

John & Delores Schrage
11 Guindola Circle
Hot Springs Village AR 71909

John Wiley & Sons Inc
1 Wiley Drive
Somerset NJ 08875

Jonathon Knox
17391 Mockingbird Cyn
Riverside CA 92504

Joseph A Eviatar
Chelsea Eye & Cosmetic Surgery Assoc
157 W 19th St
New York NY 10011

Joseph A Nebel Jr
3020 Brampton Lane
Dyer IN 46311

Joseph A Nebel SR
15630 Dobson Ave
Dolton IL 60419

Joseph Proctor
1204 Gonzales
Mesquite TX 75150

Keith M Nebel
1474 Pulaski Rd
Calumet City IL 60409

Kevin D Pitzer
195 Maple Street
San Diego, Ca 92103

Karen Jo Morell
32881 Northshire Circle
Temecula CA 92592

Katherine Haley Wilkinson
1590 S Elizabeth St
Denver CO 80210

Kenneth Lee Dilley
5132 Canterbury Drive
Cypress CA 90630-3648

Kevin T Nini MD
Plastic Surgery Arts
78 Easton Ave 2nd Floor
New Brunswick NJ 08901

Kimberly Coco
512 SE Edgewood Dr
Stuart FL 34996

Klein & Company Inc
8036 W 116th St
Overland Park KS 66210

Kramm & Associates Inc
2224 Third Ave
San Diego CA 92101

Lab Safety Supply Inc
P0 Box 5004
Janesville Lie WI 53547-5004

Larry Braga
10231 Camino San Thomas
San Diego CA 92127

Laura A Verrengia
3534 Cmnt El Rincon #44
San Diego CA 92130

Laura R Fuchs
13316 Caminito Ciera #172
San Diego CA 92129

Lehman Millet West LLC
18400 Von Karman Ave Ste 700
Irvine CA 92612

Lincoln National Life Ins Co
Attn: Law Dept
8801 Indian Hills Dr
Omaha NE 68114-4059

Linda Martin
49585 Brian Ct
La Quinta CA 92253

Lisa K Albers
22 Maple Drive
Aliso Viejo CA 92656

Lowell Marcus
4111 Fremont Ave North
Seattle WA 98103

Lynda Royce
70 Perimeter Center E Apt. 2315
Atlanta GA 30346

Missouri Dept of Revenue
General Counsel
PO Box 475
Jefferson City MO 65105-0475

MSB Family Trust
295 Shadowood Lane
Northfield IL 60093

Mark Nebel
3028 Brampton Lane
Dyer IN 46311

Mark Sofonio
1516 Manzanita
Palm Springs CA 92264

Mark Thompson
8674-6 Villa La Jolla Drive
La Jolla CA 92037

Mary Cowav Voss
12 Hidden Lake Ridge
Wilton CT 06897

Mary Lynn Moran MD
2973 Woodside Rd
Woodside CA 94062

Maryanne Coleman
23271 Laurel Wood
Lake Forest CA 92630

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston MA 02114

McCrone Associates Inc
850 Pasquinelli Drive
Westmont IL 60559

Meredith Corp
1716 Locust St
Des Moines IA 50309

Michael Green
12543 Grevillea Place
San Diego CA 92130

Michael V Mortensen
4511 So Ocean Blvd # 301
Highland Beach FL 33487

Midwest Medical Aesthetics
Kathleen Steyman
11213 Nall Ave #140
Leawood KS 66211-1833

Millipore Corporation
Attn: Legal Dept
28820 Single Oak Dr
Temecula CA 92590-3607

Miriam Amselem
5820 SW 36 Terrace
Ft Lauderdale FL 33312

Monica Leonard
9235 S 85th Court
Hickory Hills IL 60457

Morris H Moses
13236 Trimfield Lane
German Town MD 20874

Muse Presentation Tech
3510 S Susan St
Santa Ana CA 92704

Myranda McGuire
2439 Romney Rd
San Diego CA 92109

NAMSA
6750 Wales Road
Northwood OH 43619

NFS/FMTC Roth IRA
Lauren M Kerkemeyer Minor
Andrew Kerkemeyer Guardian
3625 Seiler Rd
Bethalato IL 62010-2611

NFS/FMTC Roth IRA
Tamara L M Kerkemeyer Minor
Andrew Kerkemeyer Guardian
3625 Seiler Rd
Bethalato IL 62010-2611

NFS/FMTC Roth IRA
Aaron Kerkemeyer Minor
Andrew Kerkemeyer Guardian
3625 Seiler Rd
Bethalato IL 62010-2611

Noreen Shortway
159 Ashdale Ave
Los Angeles CA 90049

Nanette Beck
dba NLB Associates
620 Shadywood Drive
Escondido CA 92026

Nathan Hile
10630 Horn Blvd
San Antonio TX 78240

New York State Department of
Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Nhu-Y P Huynh
4627 Huron Ave
San Diego CA 92117

Office Depot
6600 N Military Trail S413G
Boca Raton FL 33496

Ohio Bureau of Workers Compensation
Legal Division Bankruptcy Unit
Post Office Box 15567
Columbus OH 43215-0567

Omar O Aden
PO Box 50103
San Diego CA 92165

OneSource Distributors LLC
3951 Oceanic Drive
Oceanside CA 92056

PKF Corporation
2020 Camino del Rio North Ste 500
San Diego CA 92108

Packaging Plus LLC
Attn: Cathy Dawkins
14450 Industry Circle
La Mirada CA 90638-5811

Paige D Barone
12372 Carmel Country Road #F105
San Diego CA 92130-4521

Paige Moore
1649 Ramapo Way
Scotch Plains NJ 07076

Pamela Vizanko
1768 Star Crest Pl
San Marcos CA 92078

Paul L Houillion
6012 Turning Leaf Way
Maineville OH 45039-7800

Paul Plevin Sullivan LLP
401 B St 10th Floor
San Diego CA 92101

Premiere Global Services
PO Box 404351
Atlanta GA 30384-4351

PrintPack Inc
Seal It Division
2800 Overlook Parkway
Atlanta GA 30339

ProPharmaCon LLC
2314 Terraza Ribera
Carlsbad CA 92009

Proces & Power Equip
Robert E Betsill
Box 1293
Duluth GA 30096

Prudential Overall Supply
Post Office Box 11210
Santa Ana CA 92711-1210

Quadrants Scientific Inc
11956 Bernardo Plaza Drive
San Diego CA 92128

Robert Bannister
8520 Barron Way
Fayetteville NC 28311-2499

Raymond James Fin Services Inc
FBO Freeman Day Jr IRA
880 Carillon Parkway
St Petersburg FL 33716

Raynel Walter
4689 Mt Armet Dr
San Diego CA 92117

Rebecca B Phillips
16221 Marcum Rd
Tuscaloosa AL 35406

Repro Magic
5445 Ruffin Road
San Diego CA 92123

Robert Mirabile MD
Best Impression Medical Spa
1050 Dekalb Pike
Blue Bell PA 19422

Rodney G Livington
342 InterNational Way
Alpine UT 84004

Roger Vick
2854 Aleo Court
Fitchburg WI 53711

Rolland B Aldridge
946 S Anza St #62
El Cajon CA 92020

Ronald Lowery
2614 Sir Turquin Lane
Lewisville TX 75056

Rose Ryan Inc
35473 Dumbarton Ct
Newark CA 94560

Roy Kim MD
220 Montgomery St
San Francisco CA 94104

Russell Reynolds Associates
Church St Station
PO Box 6427
New York NY 10249-6427

Ryan Feeser
500 E Grant St #407
Minneapolis MN 55404

Salesforcecom Inc
Bialson Bergen & Schwab
2600 El Camino Real Ste# 300
Palo Alto CA 94306

Sayle S Tucker
6434 Sardis Road
Charlotte NC 28270

Securitas Security Services USA Inc
Attn: Credit Manager
4330 Park Terrace Drive
Westlake Village CA 91361

Spencer Dermatology
900 Carillon Pkwy Ste 404
St Pete FL 33706

Stacey Szabo
711 Aldian Street
San Diego CA 92106

Stacy Wright
7711 W Bergen Rd
Bergen NY 14416

Statco Engineering Inc
7595 Reynolds Circle
Huntington Beach CA 92647

State Board of Equalization
PO Box 942879
Sacramento CA 94279-8056

State of Maryland
Comptroller of Treasury Room 409
State office Building
301 West Preston St
Baltimore MD 21201

Stephen W Perkins
Perkins VanNatta Sadove Kelli
170 W 106th St
Indianapolis IN 46290

Stefan Lemperle
5672 Dolphin Place
La Jolla CA 92037

Steve Burke
1009 Willow Creek road
West Chicago IL 60185

Stigel Nicolas
c/o J Parrinello
56 Tremont Terrace
Wanaque NJ 07465-1109

Surg Elite
101 Old Short Hills Road
West Orange NJ 07052

Susan Brodsky Thalken
157 So Orange Drive
Los Angeles CA 90036

T Mobile USA Inc
Attn: Bankruptcy Dept
PO Box 53410
Bellevue WA 98015-3410

Tanya R Fentress
1044 Woodrow Ave
San Diego CA 92114

Ted L Curry
885 Farley Court
Folsom CA 95630

Tennessee Department of Revenue
C/O Attorney General
PO Box 20207
Nashville TN 37202-0207

The E&R Foundation Inc
Education & Research Foundation
2095 Langhorne Road
Lynchburg VA 24501

The Mercanti Group LLC
Attn CM Johnson
60 South 6th St Ste 3720
Minneapolis MN 55402

Todd Dahl
1509 Summit Oaks Ct
Burnsville MN 55337

Traci Sulik
1201B Lake Shore Dr
Columbus OH 43204

US Customs and Border Protection
Attn: Revenue Division
6650 Telecom Drive Ste #100
Indianapolis IN 46278

Vanessa Jacoby
878 Camino Del Sol
Chula Vista CA 91910

Viraphol Sengsourya
5747 Tooley St
San Diego CA 92114

Virginia Santos
4388 Hydrangea Ct
San Diego CA 92154

Worldtrans Services Inc
7130 Miramar Rd #100A
San Diego CA 92121-2377

Wade Family Trust
19431 E Oriole Way
Queen Creek AZ 85242

Wagner O Montiel
20261 Running Springs Lane
Huntington Beach CA 92646

Wells Fargo Financial Leasing Inc
800 Walnut St
MAC F4031-050
Des Moines IA 50309

Winfred K Reno
The Plantry
5926 Caminito de la Taza
San Diego CA 92120-3035

Xochitl Guevara
596 East H St Apt #165
Chula Vista CA 91910

eVisibility LLC
c/o Eric C Peterson
Rutter Hobbs & Davidoff Inc
1901 Ave of the Stars Ste 1700
Los Angeles CA 90067